**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CENTRAL ISLIP**

| | |
|---|---|
| Agnita Cheah, individually and on behalf of all others similarly situated, | 2:22- cv-03633-JS-JMW |
| Plaintiff, | Hon. Joanna Seybert |
| - against - | |
| Pepperidge Farm, Incorporated, | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:      May 31, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com