# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# CENTRAL ISLIP

| | |
|---|---|
| Agnita Cheah, individually and on behalf of all others similarly situated, | 2:22- cv-03633-JS-JMW |
| Plaintiff, | Hon. Joanna Seybert |
| - against - | |
| Pepperidge Farm, Incorporated, | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:     May 31, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

The Clerk of the Court is directed to mark this case CLOSED.

**SO ORDERED:**

/s/ JOANNA SEYBERT
Hon. Joanna Seybert U.S.D.J.

Dated:     June 1, 2023
           Central Islip, New York